**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BRUCE ROBERT MONTAGUE, | ) | No. CV 13-9138-GHK(CW) |
| Plaintiff, | ) ) | ORDER ACCEPTING REPORT AND AND RECOMMENDATION OF |
| v. | ) ) | UNITED STATES MAGISTRATE JUDGE |
| CRAIG PETERSEN, et al., | ) ) | |
| Defendants. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action and the Report and Recommendation of the United States Magistrate Judge. No written objections to the Report and Recommendation have been received. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that judgment be entered dismissing the action, without prejudice, for failure to prosecute and on grounds discussed in the Order filed February 25, 2014 (docket no. 11).

DATED:    4/27/14

GEORGE H. KING
Chief United States District Judge