JS-6

FILED
CLERK, U.S. DISTRICT COURT

4/27/14

CENTRAL DISTRICT OF CALIFORNIA
BY: ___GR___ DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BRUCE ROBERT MONTAGUE, | ) | No. CV 13-9138-GHK(CW) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| CRAIG PETERSEN, et al., | ) | |
| Defendants. | ) | |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED:    4/27/14

_____
GEORGE H. KING
Chief United States District Judge